# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| STEPHANIE BOULA, | \* | No. 13-356V |
| | \* | Special Master Christian J. Moran |
| Petitioner, | \* | |
| v. | \* | Filed: June 11, 2015 |
| | \* | |
| SECRETARY OF HEALTH | \* | Stipulation; Human Papillomavirus |
| AND HUMAN SERVICES, | \* | ("HPV") and/or Hepatitis B |
| | \* |  vaccines; autoimmune disorder; |
| Respondent. | \* | undifferentiated connective tissue |
| | \* | disorder. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Daniel J. Mannix, Muller, Mannix & Reichenbach, PLLC, Glens Falls, NY, for Petitioner;
Julia W. McInerny, U.S. Dep't of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION[1]

On June 8, 2015, respondent filed a joint stipulation concerning the petition for compensation filed by Stephanie Boula on May 24, 2013.[2]  In her petition, Ms. Boula alleged that the Human Papillomavirus ("HPV") and/or Hepatitis B vaccines, which are contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. §100.3(a), and which she received the HPV vaccines on March 10, 2010, May 20, 2010 and November 5, 2010 and a Hepatitis B vaccine

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website.  Pursuant to Vaccine Rule 18(b), the party has 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4).  Any redactions ordered by the special master will appear in the document posted on the website.

[2] This claim was initially filed by petitioner's parents, Stacy and William Boula.  The petition was amended on June 5, 2013 alleging that HPV vaccines administered to Stephanie on March 10, 2010, May 20, 2010 and November 5, 2010 and/or a hepatitis B vaccination on or about May 21, 2010 caused Stephanie's autoimmune disorder and undifferentiated connective tissue disease.  On April 10, 2015, after Stephanie turned 18, she was substituted as petitioner.

on or about May 21, 2010, caused her to suffer autoimmune disorder and undifferentiated connective tissue disorder, and other injuries as a result of her vaccinations. Petitioner further alleges that she experienced the residual effects of these conditions for more than six months. Petitioner represents that there has been no prior award or settlement of a civil action for damages as a result of her condition.

Respondent denies that the HPV and/or hepatitis vaccines caused petitioner's alleged autoimmune disorder and associated undifferentiated connective tissue disorder or any other injury or her current condition.

Nevertheless, the parties agree to the joint stipulation, attached hereto as "Appendix A." The undersigned finds said stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

Damages awarded in that stipulation include:

**A lump sum of $20,000.00 in the form of a check payable to petitioner, Stephanie Boula. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk is directed to enter judgment in case 13-356V according to this decision and the attached stipulation.[3]

Any questions may be directed to my law clerk, Mary Holmes, at (202) 357-6360.

**IT IS SO ORDERED.**

s/ Christian J. Moran
Christian J. Moran
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

STEPHANIE BOULA,           )
                                     )        No. 13-356V
      Petitioner,          )        **Special Master Moran**
                                     )        **ECF**
v.                             )
                                     )
SECRETARY OF HEALTH AND       )
HUMAN SERVICES,                 )
                                     )
      Respondent.          )
                                     )

## STIPULATION

The parties hereby stipulate to the following matters:

1. Stephanie Boula ("petitioner") filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program").[1] Petitioner seeks compensation for injuries allegedly related to her receipt of human papillomavirus ("HPV") and/or hepatitis B vaccines, which are contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3 (a).

2. Petitioner received her HPV vaccines on March 10, 2010, May 20, 2010 and November 5, 2010 and a hepatitis B vaccine on or about May 21, 2010.

3. The vaccines were administered within the United States.

4. Petitioner alleges that she suffered autoimmune disorder and undifferentiated connective tissue disorder, and other injuries as a result of her vaccinations. Petitioner further

---

[1] This claim was initially filed by petitioner's parents, Stacy and William Boula. The petition was amended on June 5, 2013 alleging that HPV vaccines administered to Stephanie on March 10, 2010, May 20, 2010 and November 5, 2010 and/or a hepatitis B vaccination on or about May 21, 2010 caused Stephanie's autoimmune disorder and undifferentiated connective tissue disease. On April 10, 2015, after Stephanie turned 18, she was substituted as petitioner.

alleges that she experienced the residual effects of these conditions for more than six months.

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages as a result of her condition.

6. Respondent denies that the HPV and/or hepatitis vaccines caused petitioner's alleged autoimmune disorder and associated undifferentiated connective tissue disorder or any other injury or her current condition.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:

> A lump sum of $20,000.00 in the form of a check payable to petitioner.
> This amount represents compensation for all damages that would be
> available under 42 U.S.C. § 300aa-15(a).

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Petitioner and her attorney represent that they have identified to respondent all known sources of payment for items or services for which the Program is not primarily liable

2

under 42 U.S.C. § 300aa-15(g), including State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or entities that provide health services on a pre-paid basis.

11. Payment made pursuant to paragraph 8 of this Stipulation and any amounts awarded pursuant to paragraph 9 will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. The parties and their attorneys further agree and stipulate that, except for any award for attorneys' fees and litigation costs, and past unreimbursed expenses, the money provided pursuant to this Stipulation, will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

13. In return for the payments described in paragraphs 8 and 9, petitioner, in her individual capacity, and on behalf of her heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, the HPV vaccinations administered on March 10, 2010, May 20, 2010 and November 5, 2010, and/or the hepatitis B vaccination administered on or

3

about May 21, 2010, as alleged by petitioner in a petition for vaccine compensation filed on or about May 24, 2013, in the United States Court of Federal Claims as petition No. 13-356V, and amended June 5, 2013 and April 10, 2015.

14. If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

15. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

16. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

17. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the HPV and/or hepatitis B vaccines caused petitioner to suffer autoimmune disorder, undifferentiated connective tissue disease or any other injury.

18. All rights and obligations of petitioner hereunder shall apply equally to petitioner's

4

heirs, executors, administrators, successors, and/or assigns.

END OF STIPULATION

5

Respectfully submitted,

PETITIONER:

STEPHANIE BOULA

ATTORNEY OF RECORD FOR
PETITIONER:

DANIEL J. MANNIX
MULLER, MANNIX &
REICHENBACH, PLLC
257 Bay Road, P.O. Box 143
Glens Falls, NY 12801
(518) 793-2535

AUTHORIZED REPRESENTATIVE
OF THE ATTORNEY GENERAL:

VINCENT J. MATANOSKI
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

AUTHORIZED REPRESENTATIVE
OF THE SECRETARY OF HEALTH
AND HUMAN SERVICES:

A. MELISSA HOUSTON, M.D., M.P.H., FAAP
Director, Division of Injury Compensation
Programs (DICP)
Healthcare Systems Bureau
U.S. Department of Health
and Human Services
5600 Fishers Lane
Parklawn Building, Mail Stop 11C-26
Rockville, MD 20857

Dated: 6.8.15

ATTORNEY OF RECORD FOR
RESPONDENT:

JULIA W. MCINERNY
Senior Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
(202) 353-3919

6